IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JERALD HUBBARD, | ) | |
| Petitioner, | ) | Civil Action No. 7:08-cv-00063 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| D. B. EVERETT, WARDEN, | ) | By: Hon. James C. Turk |
| Respondent. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the above referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** without prejudice for failure to exhaust state court remedies and is stricken from the active docket of the court.

The Clerk is directed to send a copies of this final order and the accompanying memorandum opinion to the petitioner.

ENTER: This 27th day of March, 2008.

/s/ James C. Turk
Senior United States District Judge